

# NUMBER 13-19-00174-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE FRANK BECK

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Per Curiam Order

Relator Frank Beck filed a petition for writ of mandamus in the above cause on April 8, 2019. Through this original proceeding, relator contends that the trial court erred by granting sanctions based on spoliation.

The Court requests that Sandra Beck Mills, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. CIV. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
9th day of April, 2019.